IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA         :
                                 :
              v.                 :         1:25CR188-2
                                 :
KHURAM ASHFAQ CHOUDHRY            :

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Middle District of North Carolina hereby dismisses with prejudice the Indictment handed down by the federal grand jury on August 4, 2025, against KHURAM ASHFAQ CHOUDHRY in the interest of justice.

This, the 14th day of July 2026.

Respectfully submitted,

DAN BISHOP
United States Attorney

/S/ NICOLE R. DUPRÉ
Assistant United States Attorney
NCSB #41214

Leave of the court is granted for the filing of the foregoing dismissal.

Date: July 20, 2026

William L. Osteen, Jr.
UNITED STATES DISTRICT JUDGE